IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA COX                                                                                          PLAINTIFF

V.                                             NO.  3:08cv00032 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE